# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-76 |
| | : (JUDGE MARIANI) |
| JOSE RAMON DE LEON-PINEDA, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 17th DAY OF JANUARY 2024,** for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Jose Ramon De Leon-Pineda's "Motion for Leave to File an Amended Motion to Vacate, Set Aside, or Correct Sentence, and Amended Memorandum of Facts and Law in Support of Amended Motion to Vacate, Set Aside, or Correct Sentence under 18 U.S.C. § 2255" (Doc. 371) is **GRANTED**;

2. De Leon-Pineda's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 360), as supplemented (Doc. 371), is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. The Clerk of Court is directed to **CLOSE** civil action No. 3:22-cv-00202.

Robert D. Mariani
United States District Judge